```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN YEPIZ-MADRIGAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0208-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JUAN YEPIZ-MADIRGAL, | |
| Defendant. | Date: August 3, 2010<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JUAN YEPIZ-MADRIGAL, that the status conference of July 20, 2010 be vacated, and the matter be set for status conference on August 3, 2010 at 9:15 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter. In addition, defense counsel is in trial in *United States v. Sue Vue*, CR-S-09-362, beginning the week of July 19, 2010. The trial is expected to last four days. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1   IT IS STIPULATED that the period from the signing of this Order, up
2  to and including August 3, 2010, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
5  counsel.
6  Dated: July 14, 2010

7                                       Respectfully submitted,

8                                       DANIEL BRODERICK
                                        Federal Defender
9

10                                      /s/ Douglas Beevers
                                        _____
11                                      DOUGLAS BEEVERS
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        JUAN YEPIZ-MADRIGAL
13

14  Dated: July 14, 2010

15                                      BENJAMIN B. WAGNER
                                        Acting United States Attorney
16

17                                      /s/ Michael Anderson
                                        _____
18                                  By: MICHAEL ANDERSON
                                        Assistant U.S. Attorney
19

20

21                              **ORDER**

22   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the status conference presently set for July 20, 2010, be
24  continued to August 3, 2010 at 9:15 a.m.  Based on the representation
25  of defense counsel and good cause appearing therefrom, the Court hereby
26  finds that the failure to grant a continuance in this case would deny
27  defendant reasonable time necessary for effective preparation, taking
28  into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  August 3, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.
8  Dated:  July 19, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order                         -3-