1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JUAN YEPIZ-MADRIGAL

9             IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) No. CR-S-10-0208-LKK
                                  )
13                 Plaintiff,     )
                                  ) STIPULATION AND ORDER TO CONTINUE
14       v.                       ) STATUS CONFERENCE
                                  )
15 JUAN YEPIZ-MADIRGAL,           )
                                  ) Date: August 10, 2010
16                 Defendant.     ) Time: 9:15 a.m.
                                  ) Judge: Hon. Lawrence K. Karlton
17 _____)

18      IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JUAN YEPIZ-MADRIGAL, that the status conference of August 3, 2010 be vacated, and the matter be set for status conference on August 10, 2010 at 9:15 a.m.

      The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1     IT IS STIPULATED that the period from the signing of this Order, up
2  to and including August 10, 2010, be excluded in computing the time
3  within which trial must commence under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5  of counsel.
6  Dated: July 28, 2010
7                                     Respectfully submitted,
8                                     DANIEL BRODERICK
                                      Federal Defender
9
10                                    /s/ Douglas Beevers
                                      _____
11                                    DOUGLAS BEEVERS
                                      Assistant Federal Defender
12                                    Attorney for Defendant
                                      JUAN YEPIZ-MADRIGAL
13
14 Dated: July 28, 2010
15                                    BENJAMIN B. WAGNER
                                      Acting United States Attorney
16
17                                    /s/ Michele Beckwith
                                      _____
18                                By: MICHELE BECKWITH
                                      Assistant U.S. Attorney
19
20
21                               **ORDER**
22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for August 3, 2010, be
24 continued to August 10, 2010 at 9:15 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1 ends of justice to be served by granting a continuance outweigh the
2 best interests of the public and the defendant in a speedy trial.  It
3 is ordered that time from the date of this Order, to and including, the
4 August 10, 2010 status conference shall be excluded from computation of
5 time within which the trial of this matter must be commenced under the
6 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7 Code T-4, to allow defense counsel time to prepare.
8 Dated:  July 29, 2010

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                                     -4-